UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  06-14212-CIV-MARTINEZ-LYNCH

BRIARWOOD OF VERO BEACH, LTD., d/b/a
BRIARWOOD APARTMENTS OF VERO
BEACH,
    Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY,
a foreign corporation,
    Defendant.
_____/

## OMNIBUS ORDER ABATING COUNT II OF PLAINTIFF'S COMPLAINT AND DENYING VARIOUS PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Stipulation to Abate Count II of Plaintiff's Complaint **(D.E. No. 5)**, night-box filed on **September 25, 2006**.  The Court has carefully considered the pending motions, as well as the entire record, and is otherwise duly advised.  It is hereby:

**ORDERED AND ADJUDGED** that

  1.  Count II of the Plaintiff's Complaint is **ABATED** pending a determination of contractual liability in favor of Plaintiff.

  2.  Defendant's Motion to Dismiss Count II of Plaintiff's Complaint **(D.E. No. 6)** is **DENIED without prejudice**.

  3.  Defendant's Motion to Hold Scheduling Meeting Telephonically **(D.E. No. 8)** is **GRANTED** *nunc pro tunc*.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
Counsel of Record